SCHWARZ *v.* FAMILY FUND SOC.

(*Superior Court of New York City, General Term.* April 6, 1891.)

Motion for reargument.

Action by Lida C. Schwarz against the Family Fund Society. The court directed a verdict for plaintiff, and ordered "that the exceptions taken during the trial be heard in the first instance at general term." The general term overruled the exceptions, on the ground that the case did not show that defendant excepted to the direction of the verdict, and it must therefore be deemed that he acquiesced in the direction, so that the general term had no power to disturb the verdict, and all prior exceptions taken in the course of the trial became immaterial. See former report, 12 N. Y. Supp. 717.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Charles S. Noyes*, for the motion.    *Blumenstiel & Hirsch*, opposed.

FREEDMAN, J. The cases alleged to have been overlooked are all cases in which the general term acquired full jurisdiction over the whole case by the notice of appeal. They do not apply to the case at bar. Motion denied.